UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACHAURALEIGHN ROSARIO,<br><br>Plaintiffs,<br><br>v.<br><br>NATIVIDAD MEDICAL CENTER, et al.,<br><br>Defendants. | Case No.  24-cv-01598-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 9/27/2024 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  8/1/2024

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 4/25/2025.

DESIGNATION OF EXPERTS: 6/9/2025; REBUTTAL: 7/21/2025;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 11/13/2025.

DISPOSITIVE MOTIONS **SHALL** be filed by; 12/1/2025;
    Opp. Due: 12/15/2025; Reply Due: 12/22/2025;
    and set for hearing no later than 2/6/2026 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  2/17/2026
PRETRIAL CONFERENCE DATE: 2/24/2026 at 1:30 PM.

JURY TRIAL DATE: 3/9/2026 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be *unknown at this time*.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: June 20, 2024

_____
SUSAN ILLSTON
United States District Judge